United States Courts
Southern District of Texas
FILED

APR 26 2017

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL CASE NO. |
| | § | |
| ELYSHA HILL, | § | |
| Defendant. | § | 17 CR 0249 |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

From on or about February 2015, to on or about October 28, 2015, in the Houston Division of the Southern District of Texas, the defendant,

**ELYSHA HILL,**

being an officer or employee of the United States Postal Service, embezzled mail and any article or thing contained therein entrusted to her, to wit: mailers containing prescription pills, intended to be conveyed by mail.

In violation of Title 18, United States Code, Section 1709.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

By: _____
SAM BROWN, IV
Assistant United States Attorney